44 A.3d 651

George S. BUSSINGER, Petitioner

v.

**Lillian H. RANSOM, and Clerk of Court for the First Judicial District of Pennsylvania, Respondent.**

No. 16 EM 2012.

Supreme Court of Pennsylvania.

April 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Motion to Dismiss for Mootness are **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

44 A.3d 651

Antonio GONZALES, Petitioner

v.

**Mike WENEROWICZ, Respondent.**

No. 21 EM 2012.

Supreme Court of Pennsylvania.

May 16, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**